No. 99–8408.  LEONE v. KERLEY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–8412.  MARKAY v. FARMER, ATTORNEY GENERAL OF NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 99–8422.  MILLER v. DAVIS-MORRELL, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 99–8446.  TRUDEAU v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 99–8460.  CINTRON v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 99–8462.  WILLIAMS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 99–8469.  JACKSON v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 99–8478.  POLK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–8510.  MOORE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–8515.  THOMAS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–8517.  WALTON v. TAYLOR, WARDEN.  Sup. Ct. Va.  Certiorari denied.

No. 99–8518.  WILSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–8522.  WESLOWSKI v. DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 99–8525.  STEADMAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–8529.  BENSON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.